IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 05-00164-CG |
| ) | |
| TONY GRAY, ) | |
| aka Tony Sigler, ) | |
| aka Tony Curtis Gray, ) | |
| ) | |
| Defendant. ) | |

# ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in a judgment in a criminal case, the court hereby **AMENDS** nunc pro tunc Sheet 2 of the judgment entered on March 25, 2015 (Doc. 40) as follows:

"The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of SIX (6) MONTHS. **The defendant is to be credited for time served in state custody since January 21, 2015, on the six month sentence.**"

**DONE and ORDERED** this 2nd day of April, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE